

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-23-00335-CR |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| DIONICIO ARROYO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20220D02275) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the portion of the trial court's order granting Arroyo's motion to quash the indictment as to Counts II, III, IV, and V. We remand these cases for proceedings consistent with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.